■ SHAHEEN ISANI, Appellant, v AVIS RENT-A-CAR et al., Respondents. [720 NYS2d 344] —Judgment, Supreme Court, New York County (Kibbie Payne, J.), entered January 6, 2000, which, upon a jury verdict in favor of defendants Avis Rent-A-Car and William Smith, dismissed the complaint as against those defendants, unanimously affirmed, without costs.

The court properly denied plaintiff's motion to set aside the verdict. The jury could have reasonably concluded that defendant Smith exercised due care and complied with Vehicle and Traffic Law § 1141 when he made the left turn (see, Di Leone v Hasan, 274 AD2d 410; Rice v Massalone, 160 AD2d 861; DeVivo v Perdue, 144 AD2d 624; Olson v Dougherty, 128 AD2d 920), and the verdict was based upon a fair interpretation of the evidence. Concur—Mazzarelli, J. P., Andrias, Lerner, Saxe and Buckley, JJ.

■ MARION ANDREWS, Respondent, v MIDARA PETRIGA et al., Defendants, and DAR LEASING CORP., Appellant. [720 NYS2d 348] —Order, Supreme Court, New York County (Richard Lowe, III, J.), entered August 28, 2000, which denied defendant DAR Leasing Corp.'s (DAR) motion to vacate a prior order, entered May 10, 2000, granting plaintiff's motion to strike DAR's answer on default, and to strike plaintiff's note of issue, unanimously modified, on the law, the facts, and in the exercise of discretion, to the extent of granting the motion to vacate and reinstating the answer, and otherwise affirmed, without costs.

Given our preference for disposition of cases on the merits (see, Santora & McKay v Mazzella, 211 AD2d 460), we find that the motion court improvidently exercised its discretion in denying DAR's motion to vacate its default where it had demonstrated both a meritorious defense and a reasonable excuse for its default. Concur—Mazzarelli, J. P., Andrias, Lerner, Saxe and Buckley, JJ.